UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>V.M.P., LLC, *et al.*,<br><br>                Defendants. | Civil No. 07-CV-344-L(AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [doc. #19]** |

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion for dismissal of the above-captioned case with prejudice. **IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

DATED: August 15, 2007

                                            M. James Lorenz
                                            United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL